AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Sep 13, 2024

SEAN F. McAVOY, CLERK

| | |
|---|---|
| RYAN L. | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| | ) |
| MARTIN O'MALLEY, COMMISSIONER OF SOCIAL SECURITY | |
| *Defendant* | |

Civil Action No.   4:22-cv-05156-LRS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Plaintiff's Brief, ECF No. 12, is DENIED. Defendant's Brief, ECF No. 18, is GRANTED. Judgment in favor of Defendant.

This action was *(check one)*:

❑ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❑ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   LONNY R. SUKO _____ on cross motions for Summary Judgment.

Date:   9/13/2024 _____

*CLERK OF COURT*

SEAN F. McAVOY _____

s/ Wendy Kirkham _____
*(By) Deputy Clerk*

Wendy Kirkham _____